*Leo Vernon,* with him *Desmond J. McTighe, J. Grant McCabe, III,* and *J. Wesley Oler,* for appellants.

*Cassin W. Craig,* with him *Arthur H. Moss,* and *Montgomery, McCracken, Walker & Rhoads,* and *Wisler, Pearlstine, Talone & Gerber,* for appellee.

OPINION PER CURIAM, September 25, 1962:
Decree affirmed. Each party to bear own costs.

## Kelly Estate.

Argued April 25, 1962. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Thomas B. Noonan,* with him *Fred C. Pace,* and *Noonan and Pace,* for appellant.

*W. D. Balitas,* for appellee.

OPINION PER CURIAM, September 25, 1962:
Decree affirmed.  Costs on appellee.

Shields, Appellant, *v.* Pittsburgh School District.

Argued April 24, 1962.  Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.